# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA JIMENEZ, | Case No.: 2:19-cv-00984-APG-VCF |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| GEICO GENERAL INSURANCE COMPANY, | |
| Defendant | |

In light of defendant GEICO General Insurance Company's response to the order to show cause (ECF Nos. 10, 11),

IT IS ORDERED that the order to show cause (ECF No. 5) is deemed satisfied, and I will not remand this action for lack of subject matter jurisdiction at this time.

DATED this 8th day of July, 2019.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE