McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Wade M. Hansard
Nevada Bar No. 8104
  *wade.hansard@mccormickbarstow.com*
Jonathan W. Carlson
Nevada Bar No. 10536
  *jonathan.carlson@mccormickbarstow.com*
Renee M. Maxfield
Nevada Bar No. 12814
  *renee.maxfield@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
Facsimile:    (702) 949-1101

Attorneys for GEICO GENERAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA JIMENEZ,<br><br>            Plaintiff,<br><br>    v.<br><br>GEICO GENERAL INSURANCE COMPANY, an entity licensed to do business in the State of Nevada; DOES I through V; and BUSINESS ENTITIES VI through X, inclusive,<br><br>            Defendants. | Case No. 2:19-cv-00984-APG-VCF<br><br>**STIPULATION AND ORDER TO DISMISS THE EXTRA-CONTRACTUAL CAUSES OF ACTION WITHOUT PREJUDICE** |

Plaintiff, Maria Jimenez, and Defendant GEICO General Insurance Company ("GEICO"), hereinafter collectively referred to as "the Parties" hereby stipulate to the following and move the Court accordingly:

That any and all of Plaintiff's extra-contractual causes of action as set forth in the Complaint are hereby dismissed without prejudice.

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS, NV 89113

2:19-cv-00984-APG-VCF

STIPULATION AND ORDER TO DISMISS THE EXTRA-CONTRACTUAL CAUSES OF ACTION WITHOUT PREJUDICE

**IT IS SO MOVED AND STIPULATED:**

DATED this 26th day of March, 2020

GREENMAN GOLDBERG RABY & MARTINEZ

By  /s/ *Breen Arntz*
Gabriel A Martinez, Nevada Bar No. 326
Dillon G. Coil, Nevada Bar No. 11541
Breen Arntz, Nevada Bar No. 13853
2770 South Maryland Parkway, Suite 100
Las Vegas, NV 89109
Tel. (702) 384-1616

Attorneys for Maria Jimenez

DATED this 26th day of March, 2020

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By  /s/ *Jonathan W. Carlson*
Wade M. Hansard, Nevada Bar No. 8104
Jonathan W. Carlson, Nevada Bar No. 10536
Renee M. Maxfield, Nevada Bar No. 12814
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Tel. (702) 949-1100

Attorneys for Geico General Insurance Company

**ORDER**

**IT IS SO ORDERED.**

Dated: March 26, 2020.

UNITED STATES DISTRICT COURT JUDGE

6739619.1