**GABRIEL A. MARTINEZ, ESQ.**
Nevada Bar No. 326
**DILLON G. COIL, ESQ.**
Nevada Bar No. 11541
**TAYLOR J. SMITH, ESQ.**
Nevada Bar No. 15332
**GREENMAN GOLDBERG RABY & MARTINEZ**
2770 S. Maryland Pkwy., Suite 100
Las Vegas, NV 89109
Phone: 702. 384.1616 ~ Fax: 702.384.2990
Email: gmartinez@ggrmlawfirm.com
　　　　dcoil@ggrmlawfirm.com
　　　　tsmith@ggrmlawfirm.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARIA JIMENEZ,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY, an entity licensed to do business in the State of Nevada; DOES I through V; and BUSINESS ENTITIES VI through X, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:19-cv-00984-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND THE PRE-TRIAL ORDER DEADLINE (THIRD REQUEST)** |

Plaintiff Maria Jimenez ("Plaintiff"), by and through her attorneys of record of the law firm Greenman Goldberg Raby & Martinez, and Defendant GEICO General Insurance Company ("GEICO"), by and through its attorneys of record of the law firm McCormick, Barstow, Sheppard, Wayte, & Carruth LLP, hereby file this Stipulation and Order to Extend the Pre-Trial Order Deadline (Third Request), specifically seeking to extend the deadline by 90 days.

1

**IT IS HEREBY STIPULATED AND AGREED** between the parties to extend the joint pre-trial order deadline of December 8, 2020. In accordance with Local Rule 26-4, the parties state as follows:

### I.  DISCOVERY COMPLETED BY THE PARTIES:

The parties have served their initial disclosures. Both parties have propounded and answered written discovery. Plaintiff's deposition testimony was provided on February 6, 2020.

### II.  DISCOVERY WHICH REMAINS TO BE COMPLETED:

For all intents and purposes, discovery has concluded, and the parties merely seek to extend deadline to submit the join pre-trial order.

As noted above, the parties have been working diligently throughout the discovery process and discovery has effectively concluded but for the joint pre-trial order. The parties now seek to submit this matter to private mediation in an effort to reach a settlement. However, in light of the recent COVID-19 pandemic, scheduling has become more tenuous. The parties seek to have the pre-trial order deadline stayed until such time as a mediation is able to proceed.

### III.  GOOD CAUSE EXISTS TO GRANT THE REQUESTED EXTENSION

As stated above, there have been certain unforeseeable and unavoidable obstacles with calendaring presented by the onset of the COVID-19 pandemic and both the federal and state governments declaring a state of emergency. However, the parties are of the position that a 90-day extension of the joint pre-trial order

The parties request that the pertinent discovery deadlines set forth in the Court's Scheduling Order be continued ninety (90) days, as follows:

///

///

///

///

A.  PRETRIAL ORDER: Unless otherwise stated herein, and the Court so orders, the joint pretrial order shall be filed ninety (90) days from its current deadline of December 8, 2020, but not later than March 8, 2021.

| | |
|---|---|
| DATED this 11th day of December, 2020. | DATED this 11th day of December, 2020. |
| **GREENMAN GOLDBERG RABY & MARTINEZ** | **MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP** |
| */s/ Taylor J. Smith* | */s/ Jonathan W. Carlson* |
| **GABRIEL A. MARTINEZ, ESQ.**<br>Nevada Bar No. 326<br>**DILLON G. COIL, ESQ.**<br>Nevada Bar No. 11541<br>**TAYLOR J. SMITH, ESQ.**<br>Nevada Bar No. 15332<br>2770 S. Maryland Pkwy, Ste. 100<br>Las Vegas, NV  89109 | **WADE M. HANSARD, ESQ.**<br>Nevada Bar No. 8104<br>**JONATHAN W. CARLSON, ESQ.**<br>Nevada Bar No. 10536<br>8337 W. Sunset Road, Suite 350<br>Las Vegas, Nevada 89118 |

**ORDER**

**IT IS SO ORDERERD:**

DATED this 11th day of December, 2020

IT IS HEREBY ORDERED that the Joint Pretrial Order must be filed by March 8, 2021.  If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of GREENMAN, GOLDBERG, RABY & MARTINEZ, and that on the 11th day of December, 2020, I caused the foregoing document, entitled **STIPULATION AND ORDER TO EXTEND THE PRE-TRIAL ORDER DEADLINE (THIRD REQUEST)** to be served via electronic service and/or US Mail upon all parties involved in this litigation.

*/s/ Michael Madden*
_____
An Employee of GREENMAN, GOLDBERG, RABY & MARTINEZ

