**DILLON G. COIL, ESQ.**
Nevada Bar No. 11541
**WILLIAM T. MARTIN, ESQ.**
Nevada Bar No. 2534
**GGRM LAW FIRM**
2770 S. Maryland Pkwy., Ste. 100
Las Vegas, NV  89109
Phone:  702. 384.1616 ~ Fax:  702.384.2990
Email:  dcoil@ggrmlawfirm.com
*Attorney for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA JIMENEZ, | CASE NO.: 2:19-cv-00984-APG-VCF |
| Plaintiff, | |
| vs. | |
| GEICO GENERAL INSURANCE COMPANY, an entity licensed to do business in the State of Nevada; DOES I through V; and BUSINESS ENTITIES VI through X, inclusive, | **STIPULATION AND ORDER TO EXTEND THE PRE-TRIAL ORDER DEADLINE (FOURTH REQUEST)** |
| Defendants. | |

Plaintiff Maria Jimenez ("Plaintiff"), by and through her attorneys of record of GGRM Law Firm, and Defendant GEICO General Insurance Company ("GEICO"), by and through its attorneys of record of the law firm McCormick, Barstow, Sheppard, Wayte, & Carruth LLP, hereby file this Stipulation and Order to Extend the Pre-Trial Order Deadline (Fourth Request), specifically seeking to extend the deadline by 60 days.

   **IT IS HEREBY STIPULATED AND AGREED** between the parties to extend the joint pre-trial order deadline of March 8, 2021. In accordance with Local Rule 26-4, the parties state as follows:

## I.      DISCOVERY COMPLETED BY THE PARTIES:

   The parties have served their initial disclosures. Both parties have propounded and answered written discovery. Plaintiff's deposition testimony was provided on February 6, 2020.

1

## II.  DISCOVERY WHICH REMAINS TO BE COMPLETED:

For all intents and purposes, discovery has concluded, and the parties merely seek to extend deadline to submit the join pre-trial order.

As noted above, the parties have been working diligently throughout the discovery process and discovery has effectively concluded but for the joint pre-trial order. Currently, the parties have a mediation scheduled for March 18, 2021. The parties believe the mediation will help accelerate this matter towards a resolution without proceeding to trial.

## III.  GOOD CAUSE EXISTS TO GRANT THE REQUESTED EXTENSION

If the mediation proves to be beneficial and the parties agree to a resolution, a Pre-Trial Order will be unnecessary. Should the mediation conclude at a stalemate, the parties are ready to proceed with a trial.

The parties request that the pertinent discovery deadlines set forth in the Court's Scheduling Order be continued ninety (60) days, as follows:

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///



2

1    A.    PRETRIAL ORDER: Unless otherwise stated herein, and the Court so orders,

2  the joint pretrial order shall be filed ~~ninety~~ (60) days from its current deadline of March 8, 2021,

3  but not later than May 7, 2021.

4  DATED this 5th day of March, 2021.                   DATED this 5th day of March, 2021.

5  **GGRM LAW FIRM**                                        **MCCORMICK, BARSTOW, SHEPPARD,**

6                                                           **WAYTE & CARRUTH LLP**

7  */s/ William T. Martin*                                 */s/ Jonathan W. Carlson*

8  _____                             _____

9  **DILLON G. COIL, ESQ.**                                **WADE M. HANSARD, ESQ.**
   Nevada Bar No. 11541                                    Nevada Bar No. 8104
   **WILLIAM T. MARTIN, ESQ.**                             **JONATHAN W. CARLSON, ESQ.**
10 Nevada Bar No. 2534                                     Nevada Bar No. 10536
   **GGRM LAW FIRM**                                       8337 W. Sunset Road, Suite 350
11 2770 S. Maryland Pkwy., Ste. 100                        Las Vegas, Nevada 89118
   Las Vegas, NV  89109                                    *Attorneys for Defendant*
12 *Attorneys for Plaintiff*

13

14

15

16                           **ORDER**

17

18

19          **IT IS SO ORDERERD:**

20

21          DATED this ____ 5th ____ day of March, 2021

22
   IT IS HEREBY ORDERED that the
23 Joint Pretrial Order must be filed on
   or before May 10, 2021.
24
                                                           _____
25 If dispositive motions are filed, the                   UNITED STATES MAGISTRATE JUDGE
   deadline for filing the joint pretrial
26 order will be suspended until 30
   days after decision on the
27 dispositive motions or further court
   order.
28

                                    3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, I certify that I am an employee of GGRM LAW FIRM, and that on the 5th day of March, 2021, I caused the foregoing document, entitled **STIPULATION AND ORDER TO EXTEND THE PRE-TRIAL ORDER DEADLINE (FOURTH REQUEST)** to be served via electronic service and/or US Mail upon all parties involved in this litigation.

*/s/ Michael Madden*

_____

An Employee of GGRM LAW FIRM