1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Wade M. Hansard
   Nevada Bar No. 8104
3   *wade.hansard@mccormickbarstow.com*
   Jonathan W. Carlson
4  Nevada Bar No. 10536
    *jonathan.carlson@mccormickbarstow.com*
5  Renee M. Maxfield
   Nevada Bar No. 12814
6   *renee.maxfield@mccormickbarstow.com*
   8337 West Sunset Road, Suite 350
7  Las Vegas, Nevada 89113
   Telephone:    (702) 949-1100
8  Facsimile:    (702) 949-1101

9  Attorneys for GEICO GENERAL INSURANCE
   COMPANY

10

11              UNITED STATES DISTRICT COURT

12                 DISTRICT OF NEVADA

13

14  MARIA JIMENEZ,                          Case No. 2:19-cv-00984-APG-VCF

15          Plaintiff,                      **STIPULATION AND ORDER FOR
                                            DISMISSAL WITH PREJUDICE**
16      v.

17  GEICO GENERAL INSURANCE
    COMPANY, an entity licensed to do business
18  in the State of Nevada; DOES I through V;
    and BUSINESS ENTITIES VI through X,
19  inclusive,

20          Defendants.

21

22      IT IS HEREBY STIPULATED by the parties above named, by and through their respective

23  counsel of record, that the above-entitled matter be dismissed with prejudice.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd Suite 350
Las Vegas, NV 89113

Case No. 2:19-cv-00984-APG-VCF

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

1   Each party will bear their own costs and attorneys' fees.

2   DATED this *19th* day of _*April*_, 2021

3                           GREENMAN GOLDBERG RABY & MARTINEZ

4

5                           By _____

6                              Gabriel A. Martinez, Nevada Bar No. 0326
                               Dillon G. Coil, Nevada Bar No. 11541
                               Taylor J. Smith, Nevada Bar No. 15332
7                              601 South Ninth Street
                               Las Vegas, Nevada 89101
8                              Tel. (702) 384-1616

9                              Attorneys for Maria Jimenez

10

11  DATED this *21st* day of _*April*_, 2021

12                          McCORMICK, BARSTOW, SHEPPARD,
                            WAYTE & CARRUTH LLP
13

14                          By _____

15                             Wade M. Hansard, Nevada Bar No. 8104
                               Jonathan W. Carlson, Nevada Bar No. 10536
16                             Renee M. Maxfield, Nevada Bar No. 12814
                               8337 West Sunset Road, Suite 350
17                             Las Vegas, Nevada 89113
                               Tel. (702) 949-1100
18

19                             Attorneys for GEICO General Insurance Company

20                          **ORDER**

21  IT IS SO ORDERED.

22  DATED this 22nd day of _April_, 2021

23

24

25                          _____
                            UNITED STATES DISTRICT JUDGE

26  7537511.1                CASE NO. 2:19-cv-00984-APG-VCF

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD SUITE 350
LAS VEGAS, NV 89113

2                              Case No. 2:19-cv-00984-APG-VCF
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE